IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:08-539-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDY CHISOLM | ) | |
| | ) | |
| _____ | ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the defendant's motion (ECF No. 101) is denied. Amendment 750 has no impact on the defendant's guideline range because he previously received the benefit of the application of a 1:1 ratio of crack cocaine to power cocaine. This resulted in an offense level of 29 and a guideline range of 97 to 121 months on Count 1. His total sentence was 180 months (120 months as to Count 1 and 60 months as to Count 3, consecutive).

IT IS SO ORDERED.

March 29, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge